UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 26-4440-DMG (BFMx)** | Date | August 11, 2026 |
| Title | ***Bennea Hughes v. Local Buyer LLC*** | Page | **1 of 1** |

Present: The Honorable DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DEREK DAVIS | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Not Present | Not Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING ACTION FOR LACK OF PROSECUTION**

On July 31, 2026, the Court ordered Plaintiff to show cause in writing, no later than August 10, 2026, why the above-entitled action should not be dismissed for failure to prosecute. [Doc. # 10.] To date, Plaintiff has not complied with this order.

Five factors apply when considering whether to dismiss an action for failure to prosecute or comply with a Court order: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic sanctions." *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986). The Court has considered the factors and finds that all weigh in favor of dismissal here.

Accordingly, good cause appearing therefor, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.